**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 00-6518**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ROBERT SHERWOOD SCOTT,

Defendant - Appellant.

───────────

Appeal from the United States District Court for the District of South Carolina, at Florence. Cameron McGowan Currie, District Judge. (CR-97-672)

───────────

Submitted: September 20, 2000      Decided: October 11, 2000

───────────

Before WILLIAMS, TRAXLER, and KING, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Edward E. Saleby, Jr., SALEBY & COX, P.A., Hartsville, South Carolina, for Appellant. J. Rene Josey, United States Attorney, Alfred W. Bethea, Jr., Assistant United States Attorney, Florence, South Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert S. Scott appeals the district court's order denying his "Motion to Enforce Plea Agreement and for Rule 35(b) Reduction of Sentence." Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Scott, No. CR-97-672 (D.S.C. Mar. 30, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED